Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed March 21, 1922.

Charles Le Roy Brown, for appellants; John R. Guilliams and Robert J. Slater, of counsel. Charles C. Spencer and J. A. Arkin, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Alanson C. Noble, complainant, et al., defendants in error, v. Quin O'Brien, plaintiff in error. Gen. No. 26,681.

Suit for an accounting between attorneys as to fees. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Charles M. Walker and Hon. George Fred Rush, Judges, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded with directions. Barnes, J., dissenting in part. Opinion filed March 21, 1922. Certiorari denied by Supreme Court (making opinion final).

Quin O'Brien, pro se and James C. Byrne, for plaintiff in error; John P. McGoorty and Martin J. Isaacs, of counsel. Timothy D. Hurley, for defendant in error Alanson C. Noble. Charles L. Bartlett and Herbert W. Becker, for defendant in error Chicago Title & Trust Company.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

John Beyer, appellant, v. Peter Kempe et al., appellees. Gen. Nos. 26,806, 26,828.

Bill for accounting of partnership affairs. Decree disallowing interest to complainant on balances prior to dissolution. Consolidated appeals from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922. Certiorari denied by Supreme Court (making opinion final).

Robert F. Kolb, for appellant. Ryan, Condon & Livingston, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

John Beyer, appellant, v. Peter Kempe et al., appellees. Gen. No. 26,828.

Suit for accounting of partnership funds. Receiver appointed. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922. Certiorari denied by Supreme Court (making opinion final).

Robert F. Kolb, for appellant. Ryan, Condon & Livingston, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Leo Edelman, appellee, v. William Pearce, appellant. Gen. No. 26,930.

Action for damages for personal injuries sustained by plaintiff when struck by defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court